FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 3:22:17 PM
CHRISTOPHER A. PRINE
Clerk



In The
# Court of Appeals
For The
## First District of Texas

---

### NO. 01–15–00552–CV

---

## JOSUE ORELLANA AND MERLIN CAROLINA BACA RUBIO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JONATHAN JOSUE ORELLANA BACA, DECEASED, Appellants

### V.

## WESTHEIMER TERRACE APARTMENTS MANAGEMENT, L.L.C. AND WESTHEIMER TERRACE APARTMENTS, L.L.C., Appellees

---

On Appeal from 270th District Court
Harris County, Texas
Trial Court Cause No. 2013-30976

---

## APPOINTMENT AND FEE REPORT—MEDIATION

The Court referred this cause to mediation. **Robert A. Black** was appointed mediator in this appeal based on the agreement of the parties.

After the referral to mediation, the cause:

☐    settled before the mediation was conducted.

☒　　settled during mediation.

☐　　did not settle.

Check one of the following:

☐　　Based on the agreement of the parties and the mediator, the mediator has

been paid a fee as follows:

$_____ paid by _____.

$_____ paid by _____.

$_____ paid by _____.

$_____ paid by _____.

The parties understand that the Court will tax this fee as a cost of the

appeal.

☒　　The parties have agreed to another method of payment and understand

that the Court will not tax this fee as a cost of appeal.

_____
Robert A. Black
SBN: 00000086
Bank of America Bldg.
2615 Calder, Suite 800, Beaumont, Texas  77702
(409) 835-5011 Telephone
(409) 835-5177 Facsimile